UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ALICE ELAINE CROOKS,
    Plaintiff,

v.

    Case No. 2:13-CV-605
    JUDGE EDMUND A. SARGUS, JR.
    Magistrate Judge Terence P. Kemp

COMMISSIONER OF SOCIAL
SECURITY,
    Defendant.

## ORDER

On June 11, 2014, Magistrate Judge Kemp issued a report and recommendation (R&R) in this case. Doc. 18. He recommended "that the Plaintiff's statement of errors be sustained to the extent that this case be remanded to the Commissioner of Social Security pursuant to 42 U.S.C. §405(g), sentence four, to address the issue raised by Plaintiff's third assignment of error." *Id.* at 13; *see id.* at 10–13 (explaining the reasoning behind the recommendation for a remand). The R&R advised the parties that the failure to object within fourteen days would result in a waiver of the right to review. *Id.* at 13. The time period for objections has run and no party has objected. Accordingly, the R&R is **ADOPTED**. Doc. 18. The Plaintiff's statement of errors is **SUSTAINED** to the extent that this case is **REMANDED** to the Commissioner of Social Security pursuant to 42 U.S.C. §405(g), sentence four, to address the issue raised by Plaintiff's third assignment of error.

IT IS SO ORDERED.

7-2-2014
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE