AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

**ALICE ELAINE CROOKS,**

        **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**v.**

**COMMISSIONER OF SOCIAL SECURITY,**

**CASE NO. 2:13-CV-605**
**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE TERENCE P. KEMP**

        **Defendant.**

\_\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court.** A decision has been rendered by the Court without a hearing or trial**.**

      **Pursuant to the ORDER filed July 2, 2014, JUDGMENT is hereby entered remanding this case to the Commissioner of Social Security, pursuant to 42 U.S.C. § 405(g), sentence four, to address the issue raised by Plaintiff's third assignment of error.**

Date:   July 2, 2014                     JOHN P. HEHMAN, CLERK

                                     */S/ Andy F. Quisumbing*
                                     (By) Andy F. Quisumbing
                                     Clerk